Name Frank Dillard Jr

Clara Waters ccc

9901 N. I-35 Service Rd
Address

Oklahoma City OK 73131

FILED

DEC 0 3 2015

CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Frank Dillard Jr Plaintiff
*(Full Name)*

v.

Latimer Co , Defendant (s)

CASE NO. CIV-15-1324-HE

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Frank Dillard Jr , is a citizen of Oklahoma
   *(Plaintiff)*                              *(State)*
   who presently resides at Clara Waters ccc 9901 N. I-35
                                              *(Mailing address or place*
   Service Rd Oklahoma City OK 73131
   *of confinement)*

2) Defendant Latimer Co                                    is a citizen of
              *(Name of first defendant)*
   Wilburton OK 74578                    , and is employed as
            *(City, State)*
   Judge Bill Welch              . At the time the claim(s)
   *(Positition and title, if any)*
   alleged in this complaint arose, was this defendant acting under color of
   state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:
   Bill Welch is the Judge that falsified
   Documents and Sentenced Frank Dillard Jr
   Illegally.

XE - 2   7/93         CIVIL RIGHTS COMPLAINT  (42 U.S.C. §1983)

3)  Defendant ___Christian Henry___ is a citizen of
(Name of second defendant)

___Wilburton OK 74578___, and is employed as
(City, State)

___Asst District Attorney___. At the time the claim(s)
(Position and title, if any)

alleged in this complaint arose was this defendant acting under color of state law? Yes ☑  No ☐.   If your answer is "Yes", briefly explain:

He is the District Attorney Who helped
Judge Welch to falsify Documents

(Use the back of this page to furnish the above information for additional defendants.)

4)  Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.) _____

## B.  NATURE OF THE CASE

1)  Briefly state the background of your case.

I Frank Dillard Jr, am Serving four Illegal Sentences, I am currently incarcerated for failure to pay to which latimer Co's Cost Coordinator will testify that I owed 1,580, and I paid 2,510. latimer Co violated Bumpuss Vs State, My J & S Says that I have one Prior Conviction Latimer Co falsified Documents.
No one with two or more / no one who has been inducted into the department of Corrections two or more times Can recieve a Suspended Sentence, Said Sentence is invalid. Latimer Co willingly and Knowingly Committed Perjury.

-2-

## C. CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1)  Count I: Bumpuss Vs State Judge and DA did underhanded dealings in order to sentence inmate

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

B) (1)  Count II: Documents falsified Frank Dillards J&S states that he has one prior conviction (consult D.O.C. Records)

(2) Supporting Facts:

Very first warrant is for a white male 5⁸, 108 lbs with a scar across abdomn. Over Paid amount of my J&S Sentenced to Prison Dec 4, 2014 with an app to revoke that was filed April 7th, 2003

- 3 -

C) (1) Count III: _I llegally Charged by Witness statement_

    (2) Supporting Facts:

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐ If your answer Is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)    Parties to previous lawsuit:

        Plaintiffs: _Frank Dillard_

        Defendants: _latimer CO_

    b)    Name of court and docket number _____

    c)    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _dismissed in eastern District_

    d)    Issues raised _False Documents  Bumpass vs state_

    e)    Approximate date of filing lawsuit _____

    f)    Approximate date of disposition _____

- 4 -

XE - 2   7/93

2)    I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☑ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. Went thru the Judge and District attorney, Went thru the eastern District Which they said I filed against a Judge Henry (there is no Such Person)

## E. REQUEST FOR RELIEF

1)    I believe that I am entitled to the following relief:

1,000 Dollars per day for each day Served on Said invalid Semtencies

_____
Signature of Attorney (if any)

_____
Signature of Petitioner

Clara Waters C.C.C.
9901 N I-35 Service Rd
OKC OK 73131
(Attorney's full address and
telephone number.)

- 5 -

XE - 2   7/93

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.    28 U.S.C. § 1746.  18  U.S.C. § 1621.

Executed at _C/ara waters    C.c.c._    on _11/30/15_____, 199___.
            (Location)                    (Date)

_Frank Willard #_ 141655
            (Signature)

- 6 -

XE - 2   7/93