# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

FRANK DILLARD, JR., )
 )
        Plaintiff, )
 )
vs. ) Case No. CIV-15-1324-M
 )
LATIMER COUNTY, et al., )
 )
        Defendants. )

## ORDER

On December 7, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, seeking compensatory damages. The Magistrate Judge recommended that plaintiff's application seeking leave to proceed *in forma pauperis* be denied and that the cause of action be dismissed without prejudice unless plaintiff pays the full filing fee on or before December 28, 2015. Plaintiff was advised of his right to object to the Report and Recommendation by December 28, 2015. A review of the file reveals that as of the date of this Order, plaintiff has neither paid the full filing fee nor objected to the Report and Recommendation.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on December 7, 2015;
(2) DENIES plaintiff's application for leave to proceed *in forma pauperis* [docket no. 2], and
(3) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 7th day of January, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE